IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| BARBARA JOHNSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-09-001-RAW |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

## ORDER

Before the court is the motion of the plaintiff to dismiss without prejudice. The government states it has no objection.

IT IS THEREFORE ORDERED that the motion to dismiss (#18) is GRANTED. This action is dismissed without prejudice.

IT IS SO ORDERED this 12th day of June, 2009.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE